**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-4673**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

      versus

ERIC HOGAN,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, Senior District Judge.  (CR-98-77)

─────────

Submitted:  February 15, 2000      Decided:  February 28, 2000

─────────

Before NIEMEYER, MOTZ, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Bryan Leslie Saunders, Newport News, Virginia, for Appellant. Helen F. Fahey, United States Attorney, Robert E. Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Hogan was convicted for distributing cocaine base in violation of 21 U.S.C. § 841(a)(1) (1994). He was subsequently sentenced to 130 months' imprisonment. On appeal, Hogan challenges the sufficiency of evidence to support the jury's verdict. We have reviewed the record, and viewing the evidence in the light most favorable to the government, we find sufficient evidence to support Hogan's conviction. See Glasser v. United States, 315 U.S. 60, 80 (1942).

Accordingly, we affirm Hogan's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2